**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

PH   08 C 657

In the Matter of                          Case Number:

CONNELL GRIFFIN,
 Plaintiff,
vs.
SUPERVALU HOLDINGS, INC., d/b/a CUB FOODS,

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 CONNELL GRIFFIN

| | |
|---|---|
| NAME (Type or print) <br> WAYNE B. GIAMPIETRO | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ WAYNE B. GIAMPIETRO | |
| FIRM <br> STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO, LLC | |
| STREET ADDRESS <br> 121 S. WILKE, SUITE 500 | |
| CITY/STATE/ZIP <br> ARLINGTON HEIGHTS, IL  60005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0947776 | TELEPHONE NUMBER <br> 847-590-8700 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐