**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**
**08 C 657**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

CONNELL GRIFFIN,
 Plaintiff,
vs.
SUPERVALU HOLDINGS, INC., d/b/a CUB FOODS,

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CONNELL GRIFFIN

| | |
|---|---|
| NAME (Type or print) THEODORE J. BEDNAREK | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ THEODORE J. BEDNAREK | |
| FIRM  THEODORE J. BEDNAREK & ASSOCIATES | |
| STREET ADDRESS  63 W. JEFFERSON, SUITE 203 | |
| CITY/STATE/ZIP  JOLIET, IL 60432 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  815-622-05322 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |