AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CONNELL GRIFFIN,

V.

SUPERVALUE HOLDINGS, INC., d/b/a CUB FOODS, INC.,

CASE NUMBER: **08 C 657**

ASSIGNED JUDGE: **JUDGE GETTLEMAN**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

SUPERVALU HOLDINGS, INC.,
CT CORPORATION SYSTEMS
208 S La Salle St # 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WAYNE B. GIAMPIETRO, 121 S WILKE, SUITE 500, ARLINGTON HEIGHTS, IL 60005, 847-590-8700;
THEODORE J. BEDNAREK, THEODORE J. BEDNAREK & ASSOCIATES, 63 W. JEFFERSON, SUITE 203, JOLIET, IL 60432; 815-622-5322

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

January 30, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 1, 2008 |
| NAME OF SERVER *(PRINT)* Wayne B. Giampietro | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Personally served registered agent of defendant corporation, by personally delivering summons and complaint upon CT Corporation System, Dawn Schulz, Senior Process Specialist

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  February 8, 2008     *[signature]*
              Date                  Signature of Server

121 S. Wilke Road, Suite 500
Arlington Heights, IL 60005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.