1808 JRS        /dm

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CONNELL GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 657 |
| v. ) | |
| ) | Judge Gettleman |
| SUPERVALU HOLDINGS, INC., ) | Magistrate Judge Brown |
| d/b/a CUB FOOS, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

TO:   Theodore J. Bednarek                     Wayne B. Giampetro
      Theodore J. Bednarek & Assoc.            Stitt, Klein, Day, Aretos & Giampetro
      63 W. Jefferson Street                   121 S. Wilke Road
      Suite 203                                Suite 500
      Joliet, Illinois 60432                   Arlington Heights, Illinois 60005

YOU ARE HEREBY NOTIFIED that on **February 19, 2008,** there was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Appearances of James R. Studnicka, Dana M. Bowers, John B. Racanelli and Mark G. Poulakidas, and Defendant, SUPERVALU Holdings, Inc.'s Answer and Affirmative Defenses to Plaintiff's Complaint at Law,** copies of which are attached hereto.

James R. Studnicka (6198167)
Dana M. Bowers (6289103)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Deft
200 West Adams Street, Suite 500
Chicago, IL 60606
312-332-6644

      I certify that a copy of the above-indicated document was mailed to each person to whom it is directed at the address above indicated by depositing same in the U. S. Mail at 208 South LaSalle Street, Chicago, Illinois 60604 on the 19th day of February, 2008, with proper postage prepaid.

                                   /s/ James R. Studnicka
                                   JAMES R. STUDNICKA (#6198167)
                                   jstudnicka@hskolaw.com