1808 JRS          /dm

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CONNELL GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 657 |
| v. | ) |
| | ) Judge Gettleman |
| SUPERVALU HOLDINGS, INC., | ) Magistrate Judge Brown |
| d/b/a CUB FOOS, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF MOTION

TO:  Theodore J. Bednarek                    Wayne B. Giampetro
     Theodore J. Bednarek & Assoc.           Stitt, Klein, Day, Aretos & Giampetro
     63 W. Jefferson Street                  121 S. Wilke Road
     Suite 203                               Suite 500
     Joliet, Illinois 60432                  Arlington Heights, Illinois 60005

On **Tuesday, March 25, 2008,** at **9:15 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before **Judge Robert W. Gettleman**, or any judge sitting in his stead, in the courtroom usually occupied by him, **Room 1703** of United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present defendant's **Motion for Qualified Protective Order Pursuant to HIPAA**, a copy of which is attached hereto.

                              /s/ Dana M. Bowers
                              Dana M. Bowers (#6289103)
                              dbowers@hskolaw.com

James R. Studnicka - ARDC No. – 6198167
Dana M. Bowers – ARDC No. 6289103
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendant
200 West Adams Street, Suite 500
Chicago, Illinois 60606
312/332-6644

2

I certify that a copy of the above-indicated document was electronically filed via the CM/ECF filing system, and mailed, via US Mail, to anyone whom did not receive the notice via electronic service, by depositing same in the U. S. Mail at 200 West Adams Street, Chicago, Illinois 60606 on the 17th day of March, 2008, with proper postage prepaid.

/s/ Dana M. Bowers
Dana M. Bowers (#6289103)
dbowers@hskolaw.com