

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 657 | **DATE** | 3/25/008 |
| **CASE TITLE** | Connell Griffin vs Supervalu Holdings, Inc., etc. | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [14] for entry of protective order pursuant to HIPAA is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|