IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CONNELL GRIFFIN,                    )
                                    )
            Plaintiff,              )
                                    )
vs.                                 )       No.  08 C 657
                                    )
SUPERVALU HOLDINGS, INC., d/b/a     )       JUDGE ROBERT W. GETTLEMAN
CUB FOODS, INC.,                    )
                                    )
            Defendant.              )

## NOTICE OF CHANGE OF ADDRESS

TO:    James Studnicka
Haynes, Studnicka, Kaham, O'Neill
208 S. LaSalle St. #1154
Chicago, IL 60604

You are hereby notified that as of April 28, 2008, the new address of STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO, LLC., will be as follows:

**2550 W. Golf Road, Rolling Meadows, IL 60008**

Our telephone and facsimile numbers will remain the same.

```
                              S/WAYNE B. GIAMPIETRO
                              Attorney for Plaintiff
Stitt, Klein, Daday, Aretos & Giampietro, LLC
121 S. Wilke Rd. Suite 500
Arlington Hts. IL 60005
847-590-8700
Fax: 847-590-9825
Attorney I.D. 91091
```

## CERTIFICATE OF SERVICE

I served the above Notice of Change of Address to the counsel identified above via electronic measure on May 6, 2008 prior to 5:00 p.m. with proper prepaid postage affixed.

```
                    S/ WAYNE B. GIAMPIETRO
                    WAYNE B. GIAMPIETRO
```