UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Connell Griffin
                        Plaintiff,

v.                                          Case No.: 1:08−cv−00657
                                               Honorable Robert W. Gettleman

Supervalu Holdings, Inc.
                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: discovery supervision and settlement. (gds, ) Mailed notice.


Dated: September 2, 2008

                                                                        /s/ Robert W. Gettleman

                                                                      United States District Judge