UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Connell Griffin
                    Plaintiff,

v.                                             Case No.: 1:08−cv−00657
                                               Honorable Robert W. Gettleman

Supervalu Holdings, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 11, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:Status hearing held. Settlement conference set for 10/02/08 at 1:30 p.m. Plaintiff shall serve the settlement letter on defendant pursuant to paragraph one of this Court's standing order for settlement conference by 9/19/08. The defendant shall serve the responsive letter to the plaintiff's settlement letter by 09/26/08. Plaintiff's counsel shall fax or deliver copies of the letters to this Court's courtroom deputy by 09/29/08.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.